UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                    :         CASE NO 08-14919
                                                    CHAPTER 13
THERESA L. WIGLEY
                                          :         JUDGE BURTON PERLMAN
    DEBTOR
                                          :         NOTICE OF TRANSMITTAL OF
                                                    UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916751 | $288.90 |

Creditor(s)
PHH Mortgage Service
4001 Leadenhall Road
Mail Stop SV-01
Mount Laurel, NJ 08054

                                                           Respectfully submitted,

/s/    Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.
       Chapter 13 Trustee
       Attorney No. OH 0030377

       Francis J. DiCesare, Esq.
       Staff Attorney
       Attorney No. OH 0038798

       Karolina F. Perr, Esq.
       Staff Attorney
       Attorney No. OH 0066193

       600 Vine Street, Suite 2200
       Cincinnati, OH 45202
       (513) 621-4488
       (513) 621 2643 (Facsimile)
       mburks@cinn13.org - Correspondence only
       fdicesare@cinn13.org
       kperr@cinn13.org
       cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

# CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, April 21, 2010.

                /s/    Margaret A. Burks, Esq.
                     Margaret A. Burks, Esq.

PHH Mortgage Service
4001 Leadenhall Road
Mail Stop SV-01
Mount Laurel, NJ 08054

Debtor(s) Counsel
FIELD & HILL, LTD.
632 VINE STREET
SUITE 1010
CINCINNATI, OH  45202

Debtor(s)
THERESA L. WIGLEY
411 FALLERT AVENUE
HAMILTON, OH  45015

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)